# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Brimmer, Philip A. | U.S. District Court, Colorado | 05/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

901 19th Street
Denver, CO 80294

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Executive Committee | Colorado IP Inn of Court |
| 2. | Successor co-trustee | ███████ Revocable Trust |
| 3. | Co-trustee | ███████ Revocable Trust |
| 4. | Co-personal representative (i.e. co-executor) | Estate of ███████ |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2001 | Denver Employees Retirement Plan; pension at age 55; no control. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brimmer, Philip A. | 05/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 11/1/2014 | Denver Employees Retirement Plan | $613.42 |
| 2. 12/1/2014 | Denver Employees Retirement Plan | $613.42 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Aspen Commercial Group, Inc. -- salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Direct Loan Servicing Center -- U.S. Dept. of Education | Student Loan | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brimmer, Philip A. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Capital One 360 (formerly ING Direct) | A | Interest | K | T | | | | | |
| 2. DWS Prime Money Market | A | Interest | J | T | | | | | |
| 3. Invesco (Van Kampen) High Yield Municipal Fund A | A | Interest | J | T | | | | | |
| 4. Invesco (Van Kampen) Equity & Income | A | Dividend | J | T | | | | | |
| 5. Invesco (Van Kampen) Comstock Class A (IRA) | A | Dividend | J | T | | | | | |
| 6. Invesco (Van Kampen) Mid Cap Growth Fund A (IRA) | A | Dividend | J | T | | | | | |
| 7. Invesco (Van Kampen) Developing Markets Class A (IRA) | A | Dividend | J | T | | | | | |
| 8. Vanguard 500 Index | E | Dividend | P1 | T | | | | | |
| 9. Vanguard Intermediate Term Bond | B | Dividend | K | T | | | | | |
| 10. Vanguard Precious Metals | A | Dividend | K | T | | | | | |
| 11. Vanguard REIT Index | B | Dividend | K | T | | | | | |
| 12. Vanguard Total Internat'l Stock | A | Dividend | K | T | | | | | |
| 13. Vanguard Long-Term Tax Exempt Bond | B | Interest | K | T | | | | | |
| 14. Vanguard Prime Money Market (IRA) | A | Interest | K | T | | | | | |
| 15. Vanguard Long-Term Bond Index (IRA) | A | Dividend | K | T | | | | | |
| 16. Vanguard Extended Market Index (IRA) | C | Dividend | N | T | | | | | |
| 17. Vanguard 500 Index (Roth IRA) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brimmer, Philip A. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Pacific Index (Roth IRA) | A | Dividend | J | T | | | | | |
| 19. Vanguard Windsor II (IRA) | E | Dividend | M | T | | | | | |
| 20. Vanguard Total Stock Market Index (Roth IRA) | A | Dividend | J | T | | | | | |
| 21. Berkshire Hathaway Class B (plus add. shares thru exempt trans. (X)) | | None | L | T | | | | | |
| 22. Vanguard Prime Money Market (rollover IRA) | A | Interest | L | T | | | | | |
| 23. CollegeInvest Direct Portfolio 529 Plan, Mod. Age-Based Option (#1) | D | Dividend | L | T | Buy (add'l) | 08/06/14 | J | | |
| 24. CollegeInvest Direct Portfolio 529 Plan, Mod. Age-Based Option (#2) | C | Dividend | L | T | Buy | 01/08/14 | K | | |
| 25. | | | | | Buy (add'l) | 04/25/14 | J | | |
| 26. | | | | | Buy (add'l) | 08/06/14 | J | | |
| 27. Vanguard 500 ▓ Trust - undivided) | A | Dividend | J | T | | | | | |
| 28. Vanguard Long-Term Tax-Exempt Bond ▓ Trust - undivided) | D | Dividend | M | T | | | | | |
| 29. Vanguard Windsor ▓ Trust - undivided) | E | Dividend | O | T | | | | | |
| 30. Vangaurd Windsor IRA ▓ estate - undivided) | A | Dividend | L | T | | | | | |
| 31. TRMXX (X) | A | Interest | J | T | | | | | |
| 32. BP PLC (X) | A | Dividend | K | T | | | | | |
| 33. CVX (X) | A | Dividend | K | T | | | | | |
| 34. CSCO (X) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brimmer, Philip A. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.  DISH (X) | A | Dividend | J | T | | | | | |
| 36.  SATS (X) | A | Dividend | J | T | | | | | |
| 37.  AEPGX (X) | A | Dividend | K | T | | | | | |
| 38.  XOM (X) | A | Dividend | L | T | | | | | |
| 39.  FCX (X) | A | Dividend | J | T | | | | | |
| 40.  GE (X) | A | Dividend | J | T | | | | | |
| 41.  INTC (X) | A | Dividend | K | T | | | | | |
| 42.  IBM (X) | A | Dividend | J | T | | | | | |
| 43.  KEY (X) | A | Dividend | J | T | | | | | |
| 44.  MSFT (X) | A | Dividend | J | T | | | | | |
| 45.  RDSB (X) | A | Dividend | J | T | | | | | |
| 46.  SLB (X) | A | Dividend | J | T | | | | | |
| 47.  Lost Soldier Field (mineral interest,<br>Sweetwater Cty, WY) ( ▓ trust) | F | Royalty | N | W | | | | | |
| 48.  South Baggs Field (mineral interest, Carbon<br>Cty, WY) ▓ trust) | A | Royalty | J | W | | | | | |
| 49.  Medicine Bow Field (mineral interest,<br>Carbon Cty, WY ▓ trust) | A | Royalty | J | W | | | | | |
| 50.  Battle Mtn Field (mineral interest, Moffat<br>Cty, CO) ▓ trust) | A | Royalty | J | W | | | | | |
| 51.  Robbers Dog Field (mineral interest, Carbon<br>Cty, WY) ▓ trust) | A | Royalty | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Brimmer, Philip A. | 05/15/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Lost Mahoney Dome Field (mineral interest, Carbon Cty, WY) ▦ trust) | A | Royalty | J | W | | | | | |
| 53. Mineral working interest, W. Vir., Logan Cty ▦ trust) | A | Royalty | J | W | | | | | |
| 54. Big Hole Land Bank (Moffat Cty, CO) ▦ trust) | A | Royalty | J | W | | | | | |
| 55. Crooks Gap Field (mineral interest, Fremont Cty, WY) ▦ trust) | A | Royalty | J | W | | | | | |
| 56. Nonprod. mineral int. Carbon, Fremont, Sweetwater Ctys, WY ▦ tr) | | None | J | W | | | | | |
| 57. Nonproducing mineral int. in Routt and Moffat Ctys, CO ▦ trust) | | None | J | W | | | | | |
| 58. Residential property near Centenial, WY (1/12 interest) (X) | | None | M | W | | | | | |
| 59. Mercedes auto ( ▦ estate - undivided) | | None | J | W | | | | | |
| 60. Residential property in Cheyenne, WY ▦ Trust - undivided) | | None | N | W | | | | | |
| 61. Jonah Bank checking account ▦ estate) | A | Interest | L | T | | | | | |
| 62. | | | | | | | | | |
| 63. | | | | | | | | | |
| 64. | | | | | | | | | |
| 65. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Brimmer, Philip A. | 05/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section III.A (Non-Investment Income) -- I received income during the reporting period from employment by the United States.

| Name of Person Reporting | Date of Report |
|---|---|
| Brimmer, Philip A. | 05/15/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Philip A. Brimmer**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544